IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

Plaintiffs,

v.

MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN,
DAVID WOOLEY, a/k/a JESSE DAVIS WOOLEY,
LISSAH NORCROSS,
CRAIG TYER, and
WILLIAM "BILL" GARDNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the defendants' **Unopposed Joint Motion for Leave to File Additional Expert Rebuttal Material** (the "Motion"), filed August 29, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to the following extent:

(1)     Larry Danaher's deposition shall be completed on or before **November 1, 2005**; and

(2)     The defendants shall designate all experts in rebuttal to Mr. Danaher and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) concerning the experts in rebuttal to Mr. Danaher on or before **November 18, 2005**.

Dated September 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge