**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,
        Plaintiffs,
v.

CITY OF GRAND JUNCTION,
POLICE DEPARTMENT, CITY OF GRAND JUNCTION, COLORADO,
MARTYN CURRIE
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN, in his official capacity as Sheriff of Mesa County, and individually
DAVID WOOLEY, a/k/a JESSE DAVID WOOLEY,
LISSAH NORCROSS,
CRAIG TYER,
WILLIAM "BILL" GARDNER,
JOHN DOE,
        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Upon review of the file, the Court notes the following motions still pending, and hereby grants said motions:

- Defendants Motion to Withdraw Motion for Attorney Fees and Costs (Doc 113 - filed May 27, 2005)
- Stipulation for Attorneys Fees and Costs; Request for Approval Thereof and Vacation of Hearing (Doc 114 - filed May 31, 2005)
- Stipulation for Entry of Attorney Fee and Cost Award (Doc 115 - filed June 8, 2005)

Dated:  November 30, 2005
_____