IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

Plaintiffs,

v.

MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN,
DAVID WOOLEY, a/k/a JESSE DAVIS WOOLEY,
LISSAH NORCROSS,
CRAIG TYER, and
WILLIAM "BILL" GARDNER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion for Extension of Time to Depose Plaintiffs' Expert and Submit Rebuttal Expert Reports** (the "Motion"), filed November 30, 2005. I held a hearing on the Motion on December 12, 2005, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The plaintiffs shall make their law enforcement expert, Larry Danaher, available for deposition in Denver, Colorado, on **January 11, 2006**. The defendants shall have to and including **February 10, 2006**, within which to designate

experts in rebuttal to Mr. Danaher and to provide to all other counsel the information specified in Fed. R. Civ. P. 26(a)(2).

Dated December 13, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge