IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1181-LTB-BNB

ROBERT PAUL THORPE and
MARIA ELIZABETH THORPE,

      Plaintiffs,

v.

CITY OF GRAND JUNCTION,
POLICE DEPARTMENT, CITY OF GRAND JUNCTION, COLORADO
MARTYN CURRIE
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN, in his official capacity as Sheriff of Mesa County, and individual,
DAVID WOOLEY, a/k/a JESSE DAVID WOOLEY,
LISSAH NORCROSS,
CRAIG TYER,
WILLIAM "BILL" GARDNER,
JOHN DOE,

      Defendants.
_____

**ORDER GRANTING MOTION TO CONVERT ORDER OF ATTORNEYS'
FEES TO JUDGMENT PURSUANT TO FED.R.CIV.P. 54(b)**
_____

      **THIS MATTER**, having come before the Court, the Court having received and reviewed Defendants' Motion to Convert Order of Attorneys' Fees to Judgment Pursuant to Fed.R.Civ.P. 54(b), having considered said motion, and being fully advised in the premises, the Court hereby

      **ORDERS** that the Motion to Convert Order of Attorneys' Fees to Judgment Pursuant to Fed.R.Civ.P. 54(b) is granted as follows:

The Clerk of the Court is hereby directed to enter Judgment against Plaintiffs and in favor of Defendants City of Grand Junction, Police Department, City of Grand Junction, Colorado, Martyn Currie, Stanley Ancell, Julie Stogsdill (incorrectly designated herein "Julia Stogsdill"), Robert Russell, John C. Jackson, and Robert M. Culver in the amount of $15,000.00.

**DATED** this 14th day of December, 2005.

BY THE COURT:

s/Lewis T. Babcock
District Court Chief Judge