UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

    Plaintiffs,

v.

CITY OF GRAND JUNCTION,
POLICE DEPARTMENT, CITY OF GRAND JUNCTION, COLORADO,
MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN, in his official capacity as Sheriff of Mesa County, and individual,
DAVID WOOLEY, a/k/a JESSE DAVID WOOLEY,
LISSAH NORCROSS
CRAIG TYER,
WILLIAM "BILL" GARDNER,
JOHN DOE,

    Defendants.

**ORDER APPROVING STIPULATION ON ATTORNEY FEES AND
GRANTING MOTION TO CONVERT ORDER OF ATTORNEYS'
FEES TO JUDGMENT PURSUANT TO FED.R.CIV.P. 54(b)**

THIS MATTER, having come before the Court, the Court having received and reviewed Sheriff Defendants' Motion For Approval of Stipulation and to Convert Order of Attorneys' Fees to Judgment Pursuant to Fed.R.Civ.P. 54(b), having considered said Motion, and being fully advised in the premises, the Court hereby

ORDERS that the Motion For Approval of Stipulation on Attorneys Fees and to Convert Order of Attorneys Fees to Judgment Pursuant to Fed.R.Civ.P. 54(b) is granted as follows:

1. The Stipulation between Plaintiffs and Sheriff Defendants filed May 31, 2005 at Docket #114 is hereby approved;

2. The Clerk of the Court is hereby directed to enter Judgment against Plaintiffs and in favor of Defendants Riecke Claussen, David Wooley, Lissah Norcross, Craig Tyer and William "Bill" Gardner in the amount $15,000.00

DATED this   27th   day of   December  , 2005.

BY THE COURT:

　　s/Lewis T. Babcock
U. S. District Court Chief Judge