IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

Plaintiffs,

v.

MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN,
DAVID WOOLEY, a/k/a JESSE DAVIS WOOLEY,
LISSAH NORCROSS,
CRAIG TYER, and
WILLIAM "BILL" GARDNER,

Defendants.
_____

**ORDER**
_____

The parties appeared on March 27, 2006, for a final pretrial conference. The proposed Final Pretrial Order was refused for the reasons stated on the record. Based on matters discussed during the final pretrial conference:

IT IS ORDERED that the caption of the case is amended to delete as defendants the City of Grand Junction and the Police Department, City of Grand Junction, Colorado, which have been dismissed from the case.

IT IS FURTHER ORDERED that copies of all exhibits to be used at trial must be provided to opposing counsel on or before **April 3, 2006**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the Clerk of the Court and served by hand delivery or facsimile on or before **April 21, 2006**.

IT IS FURTHER ORDERED that the plaintiffs shall provide a revised witness list to counsel for the defendants on or before **April 19, 2006**.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed final pretrial order on or before **April 26, 2006**, modified as discussed during the conference on March 27, 2006.

IT IS FURTHER ORDERED that the case is set for a settlement conference on **May 12, 2006, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must be present in person.) Each party shall submit a Confidential Settlement Statement to my chambers only on or before **May 8, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept of pay in settlement and all other essential elements of a settlement.

Dated March 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge