IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

Plaintiffs,

v.

MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN,
DAVID WOOLEY, a/k/a JESSE DAVIS WOOLEY,
LISSAH NORCROSS,
CRAIG TYER,
WILLIAM "BILL" GARDNER, and
JOHN DOE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Compel Production of Documents** [docket no. 248, filed September 21, 2006] (the "Motion").

IT IS ORDERED that defendants shall respond to the Motion on or before **October 12, 2006**.

IT IS FURTHER ORDERED that a hearing on this Motion is set for **October 26, 2006, at 1:30 p.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  September 22, 2006