IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,

Plaintiffs,

v.

MARTYN CURRIE,
STANLEY ANCELL,
ROBERT M. CULVER,
JULIA STOGSDILL,
JOHN C. JACKSON,
ROBERT RUSSELL,
RIECKE CLAUSSEN,
DAVID WOOLEY, a/k/a JESSE DAVIS WOOLEY,
LISSAH NORCROSS,
CRAIG TYER, and
WILLIAM "BILL" GARDNER,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion to Compel Production of Documents**

[Doc. # 248, filed 9/21/2006] (the "*Motion*").  I held a hearing on the *Motion* the afternoon and

made rulings on the record, which are incorporated here.  In summary and for the reasons stated

on the record:

IT IS ORDERED that the *Motion* is DENIED.

Dated October 26, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge