IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 03-cv-01181-LTB-BNB

ROBERT PAUL THORPE, and
MARIA ELIZABETH THORPE,
        Plaintiffs,

v.

STANLEY ANCELL,
JULIA STOGSDILL,
ROBERT RUSSELL,
CRAIG TYER,
LISSAH NORCROSS,
DAVID WOOLEY, a/k/a JESSE DAVID WOOLEY,
RIECKE CLAUSSEN,
JOHN C. JACKSON,
ROBERT M. CULVER,
MARTYN CURRIE, and
WILLIAM "BILL" GARDNER,
        Defendants.

And concerning
BENJAMIN SILVA, III.

_____

ORDER
_____

Upon Benjamin Silva's Unopposed Motion for Stay on Appeal (Doc 272 - filed April 16, 2007), it is

ORDERED that the Motion is GRANTED. Enforcement or execution proceedings as to the judgment awarding attorney fees entered in favor of Defendants and against Benjamin Silva on August 18, 2006 is STAYED pending disposition of the appeal in this matter.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: April 18, 2007